**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ORCUN KARAKAYA<br><br>                    Plaintiff,<br><br>       vs.<br><br>UNITED COLLECTION BUREAU, INC.<br>                    Defendant. | Civil Action No.:<br><br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant United Collection Bureau, Inc. ("UCB"), by and through its attorneys, Gordon Rees Scully Mansukhani LLP, jointly and collectively file this Notice of Removal for the above-captioned case, removing this case from the Superior Court of New Jersey, Bergen County Law Division, Docket No.: BER-L-006569-21 to the United States District Court for the District of New Jersey.  UCB respectfully represents and states as follows:

1.     On October 5, 2021, Plaintiff Orcun Karakaya commenced this action by filing a Complaint in the Superior Court of New Jersey, Bergen County, Law Division, BER-L-006569-21, captioned *Orcun Karakaya v. United Collection Bureau, Inc.*  A copy of the Complaint is annexed hereto as **Exhibit A**.

2.     In accordance with 28 U.S.C. § 1446(a) the Complaint constitutes all of the process, pleadings, and orders served on UCB prior to the removal of this action.

## STANDARD FOR REMOVAL

3.      UCB files this Notice of Removal pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed," and pursuant to 28 U.S.C. § 1446(b), which provides that notice of removal "shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading."

4.      UCB is filing this Notice of Removal within thirty (30) days of the receipt of the Complaint.

5.      Under 28 U.S.C. § 1331, this Court has original jurisdiction over all claims arising under the laws of the United States.

6.      Here, UCB's alleged violation of the FDCPA constitutes a claim being brought under the laws of the United States.

7.      Accordingly, this action presents claims arising under the laws of the United States thereby conferring jurisdiction on this Court pursuant to 28 U.S.C. § 1331.

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the District of New Jersey, Newark Division is the district and division within which this lawsuit is pending (Bergen County, New Jersey)

9.      Contemporaneous with the filing of this Notice of Removal, UCB has given written notice to Plaintiff and have filed a copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Bergen County, Law Division.

10.    By filing this Notice of Removal, UCB does not waive any rights or defenses, and expressly reserves all rights and defenses that it may have with respect to Plaintiff's Action.

## PRAYER FOR RELIEF

WHEREFORE, UCB hereby gives notice that this action is removed to the United States District Court for the District of New Jersey.

Dated:  November 22, 2021

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI LLP**
*Attorneys for Defendants*
*United Collection Bureau, Inc.*

By:    */s/ Peter G. Siachos*
　　　　Peter G. Siachos

18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Tel: (973) 549-2500
Fax: (973) 377-1911

To:    Alla Gulchina
　　　　Andrew T. Thomasson
　　　　Thomasson PLLC
　　　　350 Springfield Avenue, Suite 200
　　　　Summit, New Jersey 07901
　　　　*Attorneys for Plaintiff*