## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORCUN KARAKAYA,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED COLLECTION BUREAU, INC.<br><br>                Defendant. | Civil Action No. 2:21-cv-20149<br><br>**NOTICE OF MOTION** |

**TO:**    Andrew T. Thomasson, Esq.
          Thomasson PLLC
          350 Springfield Avenue, Suite 200
          Springfield, New Jersey 07901

**PLEASE TAKE NOTICE** that at a date and time to be determined by the Court, the undersigned, attorneys for Defendant United Collection Bureau, Inc. ("UCB") will move before the United States District Court for the District of New Jersey, located at 50 Walnut St., Newark, New Jersey 07101, before Honorable Julien Xavier Neals, United States District Judge, for an Order granting UCB's Motion to Dismiss Plaintiff's Complaint; and

**PLEASE TAKE FURTHER NOTICE** that UCB shall rely upon the enclosed Memorandum of Law in Support of the Motion and the Declaration of Peter G. Siachos, Esq., with exhibit A, in support of the within application.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted with this motion.

UCB respectfully requests oral argument if opposition is timely filed.

Dated: December 13, 2021
        Florham Park, New Jersey

                                                          GORDON REES SCULLY MANSUKHANI LLP

*Attorneys for Defendant United Collection Bureau, Inc.*

By:    */s/ Peter G. Siachos*
       Peter G. Siachos

18 Columbia Turnpike, #220
Florham Park, NJ 07932
Tel: (973) 549-2500
Fax: (973) 377-1911
Email: psiachos@grsm.com