Andrew T. Thomasson, Esq.
THOMASSON PLLC
350 Springfield Avenue, Suite 200
Springfield, NJ 07901
(973) 312-0774

*Attorney for Plaintiff, Orcun Karakaya*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ORCUN KARAKAYA,<br><br>     Plaintiff,<br><br>vs.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>     Defendant. | Case No. 2:21-cv-20149-JXN-JRA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Orcun Karakaya, hereby gives notice of dismissal of this action.

Respectfully submitted,

Dated: March 21, 2022

*s/ Andrew T. Thomasson*
Andrew T. Thomasson

THOMASSON PLLC
350 Springfield Avenue, Suite 200
Springfield, NJ 07901
Andrew@Thomassonpllc.com

**SO ORDERED ON 3/22/2022:**

JULIEN XAVIER NEALS
United States District Judge